**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Michael A Williams
                                  Plaintiff,

v.                                                                         Case No.: 1:25−cv−10001
                                                                             Honorable Franklin U. Valderrama

Resurgent Capital Services L.P., et al.
                                  Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Thursday, August 28, 2025:

      MINUTE entry before the Honorable Franklin U. Valderrama: The federal in forma pauperis statute, 28 U.S.C. § 1915, is designed to ensure indigent litigants meaningful access to the federal courts while simultaneously preventing indigent litigants from filing frivolous, malicious, or repetitive lawsuits. Neitzke v. Williams, 490 U.S. 319, 324 (1989). Before authorizing a litigant to proceed in forma pauperis, the Court must make two determinations: first, the Court must determine that the litigant is unable to pay the $405 filing fee; and, second, the Court must determine that the action is neither frivolous nor malicious, does not fail to state a claim, and does not seek money damages against a defendant immune from such relief. 28 U.S.C. § 1915(a), (e). The Court finds that Plaintiff satisfies both hurdles, and accordingly, grants his application to proceed in forma pauperis [4]. Because Plaintiff has been authorized to proceed in forma pauperis, pursuant to Federal Rule of Civil Procedure 4(c)(3), the Court orders the United States Marshal's office to serve Defendants. The Marshal is authorized to mail a request for waiver of service to Defendant in the manner prescribed by Fed. R. Civ. P. 4(d)(2) before attempting personal service. The Clerk of Court is directed to (1) issue summonses for service of the complaint on Defendants by the U.S. Marshal; and (2) send Plaintiff three blank USM−285 (Marshals Service) forms, instructions for completion of the forms, and a copy of this order. Plaintiff must complete and return a USM−285 form for service on each Defendant. Failure to return completed USM−285 forms by 9/25/2025 may result in dismissal of any unserved Defendants as well as this case in its entirety. The Court advises Plaintiff that a completed USM−285 (Marshals service) form is required for service on each defendant. As stated previously, the Clerk will send Plaintiff blank forms, and the forms can also be found here: https://www.usmarshals.gov/process/usm285.pdf. The Marshal will not attempt service on the defendants unless and until the required form is received. Therefore, Plaintiff must complete a service form for each defendant and return the form to the Clerk of Court by 9/25/2025. The Court advises Plaintiff to provide as much identifying information about Defendants as possible. Plaintiff's failure to return the completed service forms to the Clerk of Court by that deadline may result in the dismissal of this case for lack of prosecution. Mailed notice. (jcm)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.