**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Michael A Williams

Plaintiff,

v.                                                     Case No.: 1:25−cv−10001
                                                       Honorable Franklin U. Valderrama

Resurgent Capital Services L.P., et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 12, 2026:

MINUTE entry before the Honorable Young B. Kim: Parties are ordered to adhere to the following written discovery schedule: (1) exchange Rule 26(a)(1) disclosures by March 27, 2026; (2) serve interrogatories and requests to produce documents by April 10, 2026 (requests to admit may be timely served before the end of fact discovery); (3) serve answers to discovery requests (including production of responsive documents) by May 11, 2026; (4) confer about the adequacy of the discovery responses by May 26, 2026; and (5) file a joint status report identifying each side's written discovery issues (must identify the specific interrogatories and requests to produce), along with the relevant discovery responses as exhibits, by June 9, 2026. The court will review the status report and resolve written discovery issues identified therein. The court will not consider general objections to discovery requests when ruling on discovery issues. If the parties do not have any disputed written discovery issues, a status report is not required. Finally, pursuant to Rule of Evidence 502(d), this court orders that "privilege or protection is not waived by disclosure connected with the litigation pending before the court−−−in which event the disclosure is also not a waiver in any other federal or state proceeding." The court further orders that upon written notification from the opposing side that a disclosure of privileged information has occurred, the party shall return and/or destroy the materials at issue or file a motion for a determination on the claimed privilege within seven calendar days of the written notification. (ec, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.