



FILED
3/23/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **MICHAEL A WILLIAMS** <br> **Plaintiff,** | ) **JURY TRIAL DEMANDED** <br> ) <br> ) |
| **v.** | ) **Case No. 1:25-cv-10001** <br> ) |
| **RESURGENT CAPITAL SERVICES L.P. ,** <br> **LVNV FUNDING LLC** <br> **Defendant,** | ) **Judge: Franklin U. Valderrama** <br> ) <br> ) <br> ) <br> ) |

### PLAINTIFF'S RULE 26(a)(1) INITIAL DISCLOSURES

Plaintiff Michael A Williams, proceeding in pro se, provides Initial Disclosure Pursuant to

Fed.R.Civ.P. 26(a)(1), plaintiff hereby submits the following:

**The name, address and telephone number of each individual likely to have**

**discoverable information that plaintiff may use with particularity in the pleadings and**

**the subjects of the information are as follows:**

**1.** Plaintiff, Michael A Williams
1130 S Canal St #1240
Chicago, IL 60607
Phone: 312-841-9560

Plaintiff has personal knowledge of the facts underlying the allegations set forth in the
complaint, including but not limited to, information regarding disputes sent to Defendants,

communications related to the accounts, and damages suffered as a result of the Defendants conduct.

2.      RESURGENT CAPITAL SERVICES L.P.
        55 Beattie Place STE 110
        Greenville, SC 29601
        Phone: (888) 665-0374

Information regarding credit reporting practices, dispute investigations, and communications with consumer reporting agencies.

3.      LVNV FUNDING LLC
        355 S Main Street, STE 300-D
        Greenville, SC 29601
        Phone: (864) 248-8700

Information regarding credit reporting practices, dispute investigations, and communications with consumer reporting agencies.

4.      TransUnion LLC employees and representatives
        555 W. Adams St.,
        Chicago, IL 60661
        Phone: (855) 681-3196

Information regarding dispute processing, reinvestigation procedures, and ACDV communications sent to the Defendants.

**A description of the documents, data compilations, and tangible things that are in the possession, custody, or control of the plaintiff, which he may use in support of his claims (unless solely for impeachment) are:**

### FDCPA CLAIM

1. Copy of the Plaintiff's TransUnion consumer report dated 7-05-24, showing dispute remark on both accounts. SEE EXHIBIT A

2. Letter sent by the Plaintiff requesting the removal of the dispute remark dated 7-20-24. SEE EXHIBIT B

3. Certified mail receipt and USPS delivery confirmation that verifies that the Defendant received the Plaintiff's letter on 7-25-24. SEE EXHIBIT C

4. Copy of the Plaintiff's TransUnion consumer report dated 8-28-24 showing disputed remark not removed from both accounts. SEE EXHIBIT D

### FCRA CLAIM

5. Copy of the Plaintiff's TransUnion consumer report dated 3-18-25, showing dispute remark on both accounts. SEE EXHIBIT E

6. Letter sent by the Plaintiff to TransUnion requesting the removal of the dispute remark on both accounts dated 4-8-25. SEE EXHIBIT F

7. Certified mail receipt and USPS delivery confirmation that verifies that TransUnion received the Plaintiff's letter on 4-12-25. SEE EXHIBIT G

8. Plaintiff pulled TransUnion reinvestigation results (that are dated 5-7-25) on 5-16-25. Stating "Verified and Updated" with the disputed remark on both accounts. SEE EXHIBIT H

9. Walgreens receipt for medication purchased due to stress and headaches. SEE EXHIBIT I

10. Postage receipts

11. Any documents produced by Defendants during discovery

Plaintiff will supplement these disclosures if additional documents are discovered.

**Plaintiff's computation of damages claimed are as follows:**

- Statutory damages under the FDCPA of $1000

- Actual damages, including emotional stress, headaches, sleep disturbance,

  loss of time of $5,000

- Out-of-pocket expenses, including postage and medication of $26.90

- Statutory damages under the FCRA of $1,000 per violation

- Punitive damages as determined by the court

- Damages under the Illinois Collection Agency Act of $1,000

- Damages of Invasion of Privacy of $1,000

- Court fees and attorney fees

- Any and all relief determined to be proper

The exact amount will be determined through discovery and proven at trial.

**For inspection and copying as under Rule 34, any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment:**

NOT APPLICABLE

**CERTIFICATE OF FILING AND SERVICE**

I, Michael A Williams, state as follows under penalty of perjury on this 23rd day of

March 2026:

1. I filed PLAINTIFF'S RULE 26(a)(1) INITIAL DISCLOSURES by electronic means

via Pro Se Filer PDF Submissions.

2. I served PLAINTIFF'S RULE 26(a)(1) INITIAL DISCLOSURES through email by

electronic means to the Defendant's Counsel's personal email addresses on March 23,

2026:

Nabil G. Foster
Alyssa A. Johnson
BARRON & NEWBURGER, PC
53 W. Jackson Blvd. Suite 1205
Chicago, IL 60604
Telephone: 312-767-5750
Facsimile: 312-229-9203
nfoster@bn-lawyers.com
ajohnson@bn-lawyers.com

Respectfully submitted,

By: */s/ Michael A Williams*

Dated: 3-23-26_____

Michael A Williams
1130 S Canal #1240
Chicago, IL 60607
312- 841-9560
mikewill217@yahoo.com

 **A**

---

**LVNV** FUNDING LLC 37936302100****

## Account Information

| | |
|---|---|
| **Address** | C/O **RESURGENT** CAPITAL SERVICES, PO BOX 1269 GREENVILLE, SC 29603 |

https://annualcreditreport.transunion.com/dss/disclosure.page                    23/92

---

| | |
|---|---|
| **Phone** | (877) 527-4484 |
| **Date Opened** | 08/17/2022 |
| **Responsibility** | Individual Account |
| **Account Type** | Open Account |
| **Loan Type** | FACTORING COMPANY ACCOUNT |
| **Balance** | $1,072 |
| **Date Updated** | 06/04/2024 |
| **High Balance** | $1,072 |
| **Original Creditor** | CREDIT ONE BANK N A |
| **Past Due** | $1,072 |
| **Pay Status** | >Collection< |
| **Estimated month and year this item will be removed** | 12/2028 |
| **Remarks** | Account information disputed by consumer (FCRA); >PLACED FOR COLLECTION< |

# EXHIBIT A

**LVNV FUNDING LLC** 517805759027****

## Account Information

| | |
|---|---|
| **Address** | C/O RESURGENT CAPITAL SERVICES,PO BOX 1269 GREENVILLE, SC 29603 |
| **Phone** | (877) 527-4484 |
| **Date Opened** | 09/16/2022 |
| **Responsibility** | Individual Account |
| **Account Type** | Open Account |
| **Loan Type** | FACTORING COMPANY ACCOUNT |
| **Balance** | $1,373 |

https://annualcreditreport.transunion.com/dss/disclosure.page     24/92

| | |
|---|---|
| **Date Updated** | 06/04/2024 |
| **High Balance** | $1,373 |
| **Original Creditor** | CAPITAL ONE BANK USA N A |
| **Past Due** | $1,373 |
| **Pay Status** | >Collection< |
| **Estimated month and year this item will be removed** | 10/2028 |
| **Remarks** | Account information disputed by consumer (FCRA); >PLACED FOR COLLECTION< |

michael williams
Williams
1130 S CANAL #1240
Chicago, IL 60607

# EXHIBIT B



**USPS CERTIFIED MAIL**

**9214 8901 4298 0405 4921 35**

0009981786000011
LVNV FUNDING LLC / C /O RESURGENT CAPITAL SERVICES
PO BOX 1269
Greenville, SC 29603

# See Important Information Enclosed

# EXHIBIT B

Michael A Williams Jr
1130 S Canal #1240
Chicago, IL 60607
mikewill217@yahoo.com

July 20 2024

LVNV FUNDING LLC / C /O RESURGENT CAPITAL SERVICES
PO BOX 1269
Greenville SC 29603

I, Michael Williams, authorize this letter. Please remove the dispute remark from the account listed below. I am no longer disputing the completeness and accuracy of all LVNV FUNDING LLC accounts.

Account Number: 37936302100****
Balance: $1,072

Account Number:517805759027****
Balance: $1,373

Sincerely,
Michael A Williams

**UNITED STATES**
**POSTAL SERVICE**

# EXHIBIT C

Date Produced: 07/29/2024

LETTERSTREAM:

The following is the delivery information for Certified Mail™/RRE item number 9214 8901 4298 0405 4921 35. Our records indicate that this item was delivered on 07/25/2024 at 04:33 a.m. in GREENVILLE, SC 29602. The scanned image of the recipient information is provided below.

Signature of Recipient :
(Authorized Agent)

Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs.  If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

# EXHIBIT D

---

**LVNV** FUNDING LLC 37936302100****

## Account Information

| | |
|---|---|
| **Address** | C/O RESURGENT CAPITAL SERVICES,PO BOX 1269 GREENVILLE, SC 29603 |
| **Phone** | (877) 527-4484 |
| **Date Opened** | 08/17/2022 |
| **Responsibility** | Individual Account |
| **Account Type** | Open Account |
| **Loan Type** | FACTORING COMPANY ACCOUNT |
| **Balance** | $1,072 |
| **Date Updated** | 08/06/2024 |

| | |
|---|---|
| **High Balance** | $1,072 |
| **Original Creditor** | CREDIT ONE BANK N A |
| **Past Due** | $1,072 |
| **Pay Status** | >Collection< |
| **Estimated month and year this item will be removed** | 12/2028 |
| **Remarks** | Account information disputed by consumer (FCRA); >PLACED FOR COLLECTION< |

# EXHIBIT D

**LVNV FUNDING LLC** 517805759027****

## Account Information

| | |
|---|---|
| **Address** | C/O RESURGENT CAPITAL SERVICES,PO BOX 1269 GREENVILLE, SC 29603 |
| **Phone** | (877) 527-4484 |
| **Date Opened** | 09/16/2022 |
| **Responsibility** | Individual Account |
| **Account Type** | Open Account |
| **Loan Type** | FACTORING COMPANY ACCOUNT |
| **Balance** | $1,373 |
| **Date Updated** | 08/06/2024 |
| **High Balance** | $1,373 |
| **Original Creditor** | CAPITAL ONE BANK USA N A |
| **Past Due** | $1,373 |
| **Pay Status** | >Collection< |
| **Estimated month and year this item will be removed** | 10/2028 |
| **Remarks** | Account information disputed by consumer (FCRA); >PLACED FOR COLLECTION< |

# EXHIBIT E

---

LVNV FUNDING LLC  37936302100****

## Account Information

| | |
|---|---|
| **Address** | C/O RESURGENT CAPITAL SERVICES,PO BOX 1269 GREENVILLE, SC 29603 |
| **Phone** | (877) 527-4484 |
| **Date Opened** | 08/17/2022 |
| **Responsibility** | Individual Account |
| **Account Type** | Open Account |
| **Loan Type** | FACTORING COMPANY ACCOUNT |
| **Balance** | $1,072 |
| **Date Updated** | 02/04/2025 |
| **High Balance** | $1,072 |
| **Original Creditor** | CREDIT ONE BANK N A |
| **Past Due** | $1,072 |
| **Pay Status** | >Collection< |
| **Estimated month and year this item will be removed** | 12/2028 |
| **Remarks** | Account information disputed by consumer (FCRA): >PLACED FOR COLLECTION< |

# EXHIBIT E

**LVNV** FUNDING LLC 517805759027****

## Account Information

https://annualcreditreport.transunion.com/dss/disclosure.page                    27/96

| | |
|---|---|
| **Address** | C/O RESURGENT CAPITAL SERVICES,PO BOX 1269 GREENVILLE, SC 29603 |
| **Phone** | (877) 527-4484 |
| **Date Opened** | 09/16/2022 |
| **Responsibility** | Individual Account |
| **Account Type** | Open Account |
| **Loan Type** | FACTORING COMPANY ACCOUNT |
| **Balance** | $1,373 |
| **Date Updated** | 02/04/2025 |
| **High Balance** | $1,373 |
| **Original Creditor** | CAPITAL ONE PLATINUM |
| **Past Due** | $1,373 |
| **Pay Status** | >Collection< |
| **Estimated month and year this item will be removed** | 10/2028 |
| **Remarks** | Account information disputed by consumer (FCRA); >PLACED FOR COLLECTION< |

michael williams
Williams
1130 S CANAL #1240
Chicago, IL 60607

# EXHIBIT F



**USPS CERTIFIED MAIL**

**9214 8901 4298 0416 5198 52**

0011394254000011
TransUnion Consumer Relations
P.O. Box 2000
Chester, PA 19016-2000

# See Important Information Enclosed

# EXHIBIT F

Michael A Williams Jr
1130 S Canal #1240
Chicago, IL 60607

3/16/2025

TransUnion Consumer Relations
P.O. Box 2000
Chester, PA 19016-2000

**DO NOT SEND ME A STALL LETTER…THIS LETTER CAME DIRECTLY FROM ME**

I, Michael A Williams Jr, hereby formally authorize this correspondence and respectfully request the removal of the dispute remark associated with my account referenced below:

Account Number: 37936302100****
Balance: $1,072

Account Number:517805759027****
Balance: $1,373

This is my 2nd letter regarding this matter. The 1st letter was sent on 7-20-24 and received to TransUnion Consumer Relations on 7-25-24.

This letter serves as confirmation that I am no longer contesting the completeness or accuracy of the accounts held by LVNV Funding LLC. I also included a copy of my ID Social Security card, and Bank statement cover letter with my address to prove my identity.

Thank you for your prompt attention to this request.

Sincerely,

Michael A Williams Jr

![USPS United States Postal Service logo]

# EXHIBIT G

Date Produced: 04/14/2025

LETTERSTREAM:

The following is the delivery information for Certified Mail™/RRE item number 9214 8901 4298 0416 5198 52. Our records indicate that this item was delivered on 04/12/2025 at 12:47 p.m. in CHESTER, PA 19013. The scanned image of the recipient information is provided below.

Signature of Recipient :



Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs.  If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

**EXHIBIT H**

File Number: 345292081
Date Issued: 05/07/2025

Page 5 of 6

# Your Investigation Results

**INVESTIGATION RESULTS - VERIFIED AND UPDATED:** The disputed item(s) was verified as belonging to you and information has changed or been updated to reflect recent activity.

**LVNV FUNDING LLC** #517805759027**** ( C/O RESURGENT CAPITAL SERVICES, PO BOX 1269, GREENVILLE, SC 29603, (877) 527-4484 )

We investigated this item, verified it belongs to you, and updated: **Date Updated; Rating; Payment Received; Historical Trended Data**. Here is how this item appears on your credit report following our investigation.

| | | | | |
|---|---|---|---|---|
| Placed for collection: | 09/16/2022 | Balance: | $1,373 | Pay Status: >In Collection< |
| Responsibility: | Individual Account | Date Updated: | 05/06/2025 | |
| Account Type: | Open Account | Payment Received: | ($0) | |
| Loan Type: | DEBT BUYER | Original Amount: | $1,373 | |
| | | Original Creditor: | CAPITAL ONE PLATINUM (Financial) | |
| | | Past Due: | >$1,373< | |

Remarks: ACCT INFO DISPUTED BY CONSUMR; >PLACED FOR COLLECTION<
Estimated month and year that this item will be removed: 10/2028

**LVNV FUNDING LLC** #37936302100**** ( C/O RESURGENT CAPITAL SERVICES, PO BOX 1269, GREENVILLE, SC 29603, (877) 527-4484 )

We investigated this item, verified it belongs to you, and updated: **Date Updated; Original Creditor; Rating; Payment Received; Historical Trended Data**. Here is how this item appears on your credit report following our investigation.

| | | | | |
|---|---|---|---|---|
| Placed for collection: | 08/17/2022 | Balance: | $1,072 | Pay Status: >In Collection< |
| Responsibility: | Individual Account | Date Updated: | 05/06/2025 | |
| Account Type: | Open Account | Payment Received: | ($0) | |
| Loan Type: | DEBT BUYER | Original Amount: | $1,072 | |
| | | Original Creditor: | CREDIT ONE BANK NA (Financial) | |
| | | Past Due: | >$1,072< | |

Remarks: ACCT INFO DISPUTED BY CONSUMR; >PLACED FOR COLLECTION<
Estimated month and year that this item will be removed: 12/2028



EXHIBIT I